# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DALE SPARKS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV296 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROLLING FRITO-LAY SALES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on September 28, 2012, by Kenneth M. Wentz, III, attorney for the defendant;

**IT IS ORDERED that:**

1.   **On or before October 29, 2012**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.   Absent compliance with this order, this case may be dismissed without further notice.

3.   The Rule 26(f) report deadline is terminated on the parties' representation the case is settled.

DATED this 28th day of September, 2012.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge